The following constitutes
the order of the court. Signed May 07, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Alan Steven Wolf, Bar No. 94665
Daniel Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA   92614
(949) 720-9200 Telephone
(949) 608-0128 Fax
Alan.Wolf@wolffirm.com

Attorneys for Movant
U.S. Bank National Association,
As trustee, on behalf of the
holders of the Asset Backed
Securities Corporation Home Equity
Loan Trust, Series MO 2006-HE6
Asset Backed Pass-Through
Certificates, Series MO 2006-HE6

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | CASE: 10-50396RLE-13 |
| ) | |
| LIZ JANETH ANGELES aka LIZ JANETH ) | CHAPTER 13 |
| PADILLA ANGELES aka LIZ PADILLA dba ) | |
| ANGELES TOWING ) | REF.: ASW-680 |
| ) | |
| Debtor. ) | ORDER GRANTING MOTION |
| ) | FOR RELIEF FROM THE |
| ) | AUTOMATIC STAY |
| ) | |
| ) | DATE: 04/28/10 |
| ) | TIME: 10:00am |
| ) | CTRM: 3099 |
| ) | U.S. Bankruptcy Court |
| ) | 280 S. First Street |
| _____ ) | San Jose, California |

 A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6 Asset Backed Pass-Through Certificates, Series MO 2006-HE6, and having come to be heard before the HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE, on April 28, 2010, Movant appearing by its attorneys THE WOLF FIRM by DANIEL K.

Matter I.D. 6401-5881

FUJIMOTO, other appearances as set forth on the record, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation, does make its order as follows:

IT IS ORDERED that with respect to the real property commonly known as 20723 Arline Avenue, Units A, B & C, Lakewood, CA 90715, and more fully described as follows:

> SEE DOCUMENT NO. 06-1909056 RECORDED IN THE
> OFFICIAL RECORDS OF LOS ANGELES COUNTY ON
> 8/28/2006

Movant and its agents and successors are relieved of the automatic stay, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

IT IS FURTHER ORDERED that the 14 day stay of Bankruptcy Rule 4001(a)(3) is hereby waived.

** END OF ORDER **

COURT SERVICE LIST

Debtor:
LIZ JANETH ANGELES
884 Chestnut St
San Jose, CA 95110

Chapter 13 Trustee:
DEVIN DERHAM-BURK
PO BOX 50013
San Jose, CA 95150-0013

Debtor's Counsel:
BRETTE L. EVANS
Evans Law Offices
255 N. Market St. #110
San Jose, CA 95110

U.S. TRUSTEE
280 S. First, Room 268
San Jose, CA 95113-3004

THE WOLF FIRM
2955 MAIN STREET, SECOND FLOOR
IRVINE, CA 92614

Matter I.D. 6401-5881